JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VEJAR CONSTRUCTION, INC., <br><br> Defendant. | CV 23-9139 PA (RAOx) <br><br> JUDGMENT |

Pursuant to this Court's February 23, 2024 Minute Order granting the Motion for Entry of Default Judgment filed by plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts (collectively, "Plaintiffs") against defendant Vejar Construction, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs shall have judgment in their favor and against Defendant on Plaintiffs' claim for failure to pay fringe benefit contributions;

2. Plaintiffs shall recover from Defendant the amount of $89,329.31 (consisting of $55,075.20 in unpaid fringe benefit contributions, $20,543.64 in liquidated damages, $9,085.72 in pre-judgment interest, and $4,624.75 in attorneys' fees);

3. Plaintiffs shall recover their costs of suit; and

1       4.     Plaintiffs are entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

      The Clerk is ordered to enter this Judgment.

DATED: February 23, 2024

                                                                      Percy Anderson
                                         UNITED STATES DISTRICT JUDGE